UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

TREQUAN RIDDLE,

       Plaintiff,

v.

UNKNOWN MEYERS et al.,

       Defendants.
_____/

Case No. 2:23-cv-59

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: May 18, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge